PAVING THE PATHWAY TO YOUR AMERICAN DREAM

LAW OFFICE
NITA KUNDANMAL, P.C.
U.S. IMMIGRATION LAW

**LAW OFFICE OF NITA KUNDANMAL, P. C.**
**90 MAIN STREET ~ SUITE 102**
**HACKENSACK, NEW JERSEY 07601**

Member of the NY and NJ Bar | TELEPHONE: (201) 883-9800
Lonkesq@nkesq.com | FAX: (201) 883-9808

*via ECF*

July 16, 2026

**SO ORDERED.**
Date: 7/17/26
***/s/Brian R. Martinotti***

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square, Newark, NJ 07102

Re: Cuellar Basurto v. Warden, et al., No. 26-08344 (BRM)
Request for One-Day Extension of Petitioner's Response Deadline

Dear Judge Martinotti:

I represent Petitioner in the above matter and write to respectfully request a brief one-day extension of Petitioner's response deadline.

Petitioner's response is currently due July 16, 2026. Counsel respectfully requests a one-day extension, to and including July 17, 2026. Counsel has not had the opportunity to confer with Petitioner since Respondents' July 13, 2026, submission and the records produced with it, and requires the additional time to review those records with Petitioner and to evaluate the reinstatement determination reflected therein. This is Petitioner's first request for an extension of this deadline.

Counsel has conferred with Respondents' counsel, Assistant United States Attorney Christopher J. Stratigeas, on July 16, 2026, who consents to this request.

Thank you for Your Honor's consideration.

Respectfully submitted,
/s/ Nita Kundanmal
Nita Kundanmal, Esq.
Counsel for Petitioner

cc: Christopher J. Stratigeas, AUSA (via ECF)