**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSE LEODAN CUELLAR BASURTO,<br>Petitioner,<br>v.<br>WARDEN, *et al.*,<br>Respondents. | Case No. 2:26-cv-08344 (BRM)<br>**ORDER** |

**THIS MATTER** is before the Court on Petitioner Jose Leodan Cuellar Basurto's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his detention. (ECF No. 1.) Respondents filed a letter answer (ECF No. 8), and Petitioner replied (ECF No. 11). Also before the Court is Petitioner's Motion to Enforce. (ECF No. 7.) Having reviewed and considered the parties' submissions filed in connection with the Petition and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 27th day of July 2026,

**ORDERED** that Petitioner's Petition (ECF No. 1) is **DENIED without prejudice**; and it is further

**ORDERED** that Petitioner's Motion to Enforce (ECF No. 7) is **DENIED**; and it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and **CLOSE** this matter.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**